IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAAHDI ABDUL COLEMAN,

        Plaintiff,                        No. CIV S-09-1210 GGH P

    vs.

CDCR, et al.,

        Defendants.             ORDER

_____/

        Defendants have filed a notice of removal of this action from Kings County Superior Court, the state court in which plaintiff evidently originally filed the instant case, to the Sacramento Division of the Eastern District of the United States District Court. Although the California Department of Corrections is set forth as the lead defendant,[1] the only named individual defendants are or were employed at California Substance Abuse Treatment Facility (CSATF)-Corcoran and, according to plaintiff, the events complained of all occurred while plaintiff has been housed at CSATF, which is located in Kings County. Complaint, pp. 9-10, 22-

---

[1] CDCR is a defendant in name only and plainly not a proper defendant to the extent this matter is one brought under 42 U.S.C. § 1983. (The Eleventh Amendment serves as a jurisdictional bar to suits brought by private parties against a state or state agency unless the state or the agency consents to such suit. See Quern v. Jordan, 440 U.S. 332 (1979); Alabama v. Pugh, 438 U.S. 781 (1978)( per curiam); Jackson v. Hayakawa, 682 F.2d 1344, 1349-50 (9th Cir. 1982)).

1

23, 26.

Pursuant to Local Rule (LR) 3-120(d), "[a]ll civil and criminal actions and proceedings of every nature and kind cognizable by the United States Court for the Eastern District of California arising in....[,]" inter alia, Kings County "shall be commenced in the United States District Court sitting in Fresno, California...." Under 28 U.S.C. § 1446(a), "a defendant or defendants desiring to remove any civil action...from a State court shall file in the district court *and division* within which such action is pending a notice of removal...." [Emphasis added.] Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. See Gopcevic v. California Packing Corp., 272 F. 994 (N.D. 1921). However, in transferring this case, the court makes no ruling as to whether or not this action has properly been removed from state to federal court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>    United States District Court
>    Eastern District of California
>    2500 Tulare Street
>    Fresno, CA 93721

DATED: May 11, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
cole1210.trf

2